**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of Texas

Case number (if known): _____    Chapter __7__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  
Legend Energy Services, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as names*  
Legend BMES Energy Services, LLC  
Legend Energy Services, Inc.

**3. Debtor's federal Employer Identification Number (EIN)**  
27-4240698

**4. Debtor's address**

Principal place of business  
715 NW 64th Street, #N23  
Number    Street  

Oklahoma City, OK 73116  
City    State    ZIP Code  

Oklahoma  
County  

Mailing address, if different from principal place of business  
Number    Street  
PO Box 1060  
P.O. Box  
Mustang, OK 73064  
City    State    ZIP Code  

Location of principal assets, if different from principal place of business  
5533 S. FM 2087  
Number    Street  

Longview, TX 75603  
City    State    ZIP Code

**5. Debtor's website (URL)**  
www.legendenergyservices.com

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify:

Debtor  **Legend Energy Services, LLC**  Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. §101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  2  1  3  1 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☑ Chapter 7<br>❏ Chapter 9<br>❏ Chapter 11. *Check **all** that apply:*<br>   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❏ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❏ A plan is being filed with this petition.<br>   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes.  District _____ When _____ Case number _____<br>                                       MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                       MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❏ Yes.  Debtor _____ Relationship _____<br>        District _____ When _____<br>                                                            MM / DD / YYYY<br>        Case number, if known _____ |

Debtor   Legend Energy Services, LLC  　　　　　　　　　　　Case number *(if known)*
　　　　　Name

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　　　　　　　　　　　Number　　Street<br>　　　　　　　　　　　_____<br>　　　　　　　　　　　City　　　　　　　　　State　ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors** | ☐ 1-49　☐ 50-99　　　　☐ 1,000-5,000　☐ 5,001-10,000　　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☑ 200-999　☐ 10,001-25,000　　　　　　　　　　☐ More than 100,000 |
| 15. | **Estimated assets** | ☐ $0-$50,000　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor  Legend Energy Services, LLC        Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/26/2021
              MM/ DD/ YYYY

X  /s/ Matthew D. Goodson                    Matthew D. Goodson
   Signature of authorized representative of debtor    Printed name

Title   Chief Operating Officer

**18. Signature of attorney**

X  /s/ Vickie L. Driver                      Date  10/26/2021
   Signature of attorney for debtor                MM/ DD/ YYYY

Vickie L. Driver
Printed name

Crowe & Dunlevy, P. C.
Firm name

2525 McKinnon St., Suite 425
Number    Street

Dallas                                    TX         75201
City                                      State      ZIP Code

(214) 420-2140                            vickie.driver@crowedunlevy.com
Contact phone                             Email address

24026886                                  TX
Bar number                                State

# UNANIMOUS WRITTEN CONSENT AND RESOLUTION
# OF THE MANAGERS OF LEGEND ENERGY SERVICES, LLC

The undersigned, being all the managers of Legend Energy Services, LLC, (the "Company"), a Delaware limited liability company, does by this Unanimous Written Consent hereby adopt the following Resolution by a unanimous vote, and agrees to take the following actions and adopts the following resolutions:

**WHEREAS**, the undersigned, each being a Manager of the Company and collectively comprising the Board of Managers of the Company (the "Board") have reviewed and discussed the Company's current financial viability; and

**WHEREAS**, the Board has evaluated and considered the information provided and the recommendations of the Company's managers, officers and legal advisors; and

**WHEREAS**, Section 6.8(a)(xv) of the Second Amended and Restated Limited Liability Company Agreement, dated as of September 30, 2020, requires Board approval to commence a voluntary bankruptcy by the Company; and

**WHEREAS** the Board has determined that it is in the best interest of the Company that the Company file a petition seeking relief under the provisions of chapter 7, title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Texas, Tyler Division (the "Bankruptcy Court");

**IT IS:**

**NOW, THEREFORE RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, members, investors and other interested parties, that the Company file a petition seeking relief under the provisions of chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Texas, Tyler Division; and it is

**FURTHER RESOLVED**, that the Managers hereby delegate to Matthew Goodson, Chief Operating Officer of the Company, authority and control of the Company regarding the management and executive decision making responsibility for the bankruptcy proceedings, to execute and verify a voluntary petition for relief under chapter 7 of the Bankruptcy Code, and to cause same to be filed with the Bankruptcy Court; and it is

**FURTHER RESOLVED**, that Matthew Goodson is authorized to execute and file all petitions, schedules, lists, motions, pleadings, instruments, affidavits, applications, statements, and all material related hereto, and to take such additional actions as he may deem necessary or proper with a view to the successful prosecution of the Company's chapter 7 case; and it is

**FURTHER RESOLVED**, that Matthew Goodson is authorized, in the name of and on behalf of the Company, to take or cause to be taken any and all such further action and to incur all such fees and expenses as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any of the foregoing resolutions, including but not limited to the hiring and retention of any and all professionals needed to support, advise or otherwise effectuate the

Company's bankruptcy case, and to pay such professionals in connection therewith on the Company's behalf, such professionals to include, without limitation, an independent director.

This written resolution may be executed in one or more counterparts and by facsimile, each of which shall constitute an original document, but all of which taken together shall constitute one instrument. Each counterparty shall be effective with respect to each Manager signing it, even if another Manager whose signature is contemplated hereunder does not sign the same counterpart.

**IN WITNESS HEREOF**, this consent is executed on __10/26/2021__.

**BOARD OF MANAGERS:**

| | |
|---|---|
| *[signature]* <br> Bryan Begley | Dan Penrod |
| Neil Wallack | Greg Oplotnik |
| Russell Ingram, III | |

**UNANIMOUS WRITTEN CONSENT AND RESOLUTION OF**
**THE BOARD OF MANAGERS OF LEGEND ENERGY SERVICES, LLC**                    Page 2 of 2

Company's bankruptcy case, and to pay such professionals in connection therewith on the Company's behalf, such professionals to include, without limitation, an independent director.

      This written resolution may be executed in one or more counterparts and by facsimile, each of which shall constitute an original document, but all of which taken together shall constitute one instrument. Each counterparty shall be effective with respect to each Manager signing it, even if another Manager whose signature is contemplated hereunder does not sign the same counterpart.

      **IN WITNESS HEREOF**, this consent is executed on _____.

**BOARD OF MANAGERS:**

| | |
|---|---|
| _____<br>Bryan Begley | _/s/ Dan Penrod_____<br>Dan Penrod |
| _____<br>Neil Wallack | _____<br>Greg Oplotnik |
| _____<br>Russell Ingram, III | |

**UNANIMOUS WRITTEN CONSENT AND RESOLUTION OF**
**THE BOARD OF MANAGERS OF LEGEND ENERGY SERVICES, LLC**      Page **2** of **2**

Company's bankruptcy case, and to pay such professionals in connection therewith on the Company's behalf, such professionals to include, without limitation, an independent director.

This written resolution may be executed in one or more counterparts and by facsimile, each of which shall constitute an original document, but all of which taken together shall constitute one instrument. Each counterparty shall be effective with respect to each Manager signing it, even if another Manager whose signature is contemplated hereunder does not sign the same counterpart.

**IN WITNESS HEREOF**, this consent is executed on _____.

**BOARD OF MANAGERS:**

| | |
|---|---|
| _____<br>Bryan Begley | _____<br>Dan Penrod |
| _____<br>Neil Wallack | *[signed: Greg Oplotnik]*<br>Greg Oplotnik |
| _____<br>Russell Ingram, III | |

Company's bankruptcy case, and to pay such professionals in connection therewith on the Company's behalf, such professionals to include, without limitation, an independent director.

This written resolution may be executed in one or more counterparts and by facsimile, each of which shall constitute an original document, but all of which taken together shall constitute one instrument. Each counterparty shall be effective with respect to each Manager signing it, even if another Manager whose signature is contemplated hereunder does not sign the same counterpart.

**IN WITNESS HEREOF**, this consent is executed on _____.

**BOARD OF MANAGERS:**

| | |
|---|---|
| _____<br>Bryan Begley | _____<br>Dan Penrod |
| *[signature]*<br>_____<br>Neil Wallack | _____<br>Greg Oplotnik |
| _____<br>Russell Ingram, III | |