| Fill in this information to identify the case: |
| --- |
| Debtor name          Legend Energy Services, LLC |
| United States Bankruptcy Court for the:<br>              Eastern District of Texas |
| Case number (if known):          21-60451 |

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/09/2021
              MM/  DD/  YYYY

X  /s/ Matthew D. Goodson
Signature of individual signing on behalf of debtor

  Matthew D. Goodson
Printed name

  Chief Operating Officer
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Legend Energy Services, LLC |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known): | 21-60451 |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1.** **Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.** **Cash on hand** | | | _____ |
| **3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1  NBC Oklahoma | Checking account | 2523 | $9,464.86 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $55,719.59 |
| **4.** **Other cash equivalents** *(Identify all)* | | | |
| None | | | |
| **5.** **Total of Part 1** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $65,184.45 |

### Part 2: Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7.** **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1  Buck Lock | $3,500.00 |

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

| 7.2 **Coldwell Banker - Roughneck Radiator LLC** | **$7,000.00** |
|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 **Berkley** | **$19,014.70** |
|---|---|

**Additional Page Total** - *See continuation page for additional entries*      **$541,609.56**

**9.** **Total of Part 2**
Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.      **$571,124.26**

---

**Part 3:** Accounts receivable

---

**10.** **Does the debtor have any accounts receivable?**
☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts Receivable**

11a. 90 days old or less: _____ - _____ = ...... → _____
             face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = ...... → _____
             face amount        doubtful or uncollectible accounts

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$0.00**

---

**Part 4:** Investments

---

**13.** **Does the debtor own any investments?**
☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

**Valuation method used for current value**      **Current value of debtor's interest**

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses,**
**including any interest in an LLC, partnership, or joint venture**
Name of fund or stock:          % of ownership:

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

**None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**None**

17. **Total of Part 4**
Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

$0.00

---

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| None | | | | |
| 20. **Work in progress** | | | | |
| None | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| None | | | | |
| 22. **Other inventory or supplies** | | | | |
| None | | | | |

23. **Total of Part 5**
Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

$0.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
| | Name | | |

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

None

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

**30. Farm machinery and equipment** (Other than titled motor vehicles)

None

**31. Farm and fishing supplies, chemicals, and feed**

None

**32. Other farming and fishing-related property not already listed in Part 6**

None

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

None

**40. Office fixtures**

None

**41. Office equipment, including all computer equipment and communication systems equipment and software**

None

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

None

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                                $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

None

---

Debtor   **Legend Energy Services, LLC**                          Case number *(if known)*          **21-60451**
               Name

---

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

      **None**

49. **Aircraft and accessories**

      **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

      **None**

51. **Total of Part 8**

      Add lines 47 through 50. Copy the total to line 87.                                          $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☑ No
      ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

---

**Part 9:**   Real Property

---

54. **Does the debtor own or lease any real property?**
      ☑ No. Go to Part 10.
      ☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

      **None**

56. **Total of Part 9**

      Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                                          $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☑ No
      ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

---

| Debtor | Legend Energy Services, LLC | Case number *(if known)* | 21-60451 |
|---|---|---|---|
| | Name | | |

---

**Part 10:** Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

None

61. **Internet domain names and websites**

None

62. **Licenses, franchises, and royalties**

None

63. **Customer lists, mailing lists, or other compilations**

None

64. **Other intangibles, or intellectual property**

None

65. **Goodwill**

None

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                $0.00

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:** All other assets

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

**None**

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73. Interests in insurance policies or annuities**

| 73.1 **Property Package Return Premium** | **$533.92** |
|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| 74.1 **CT Pipe Insurance Claim** | **$112,500.00** |
|---|---|

Nature of Claim _____

Amount Requested    **$112,500.00**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76. Trusts, equitable or future interests in property**

**None**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 77.1 **Retainer Due Back** | **$50,000.00** |
|---|---|

| **Other Property Total** - *See continuation page for entries* | **$230,230.96** |
|---|---|

**78. Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    **$393,264.88**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $65,184.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $571,124.26 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................... → | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $393,264.88 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $1,029,573.59 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................. | | $1,029,573.59 |

Debtor    **Legend Energy Services, LLC**                                Case number *(if known)*        **21-60451**
          Name

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 **NBC Oklahoma** | **Checking account** | **2481** | **$871.40** |
| 3.3 **First Liberty Bank** | **Checking account** | **1008** | **$54,848.19** |

| | | | Current value of debtor's interest |
|---|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent - *Continued***
Description, including name of holder of prepayment

| | Current value of debtor's interest |
|---|---|
| 8.2 **McGriff** | $175,840.68 |
| 8.3 **Berkley** | $31,260.20 |
| 8.4 **McGriff** | $47,319.68 |
| 8.5 **Prime Rate** | $98,643.52 |
| 8.6 **Prime Rate** | $33,876.54 |
| 8.7 **Prime Rate** | $23,357.21 |
| 8.8 **Prime Rate** | $4,585.00 |
| 8.9 **ND Workforce** | $102,790.73 |
| 8.10 **RimRock Properties** | $23,286.00 |
| 8.11 **McGriff** | $500.00 |
| 8.12 **McGriff** | $150.00 |

| | Current value of debtor's interest |
|---|---|

**77.** **Other property of any kind not already listed - *Continued***

| | |
|---|---|
| 77.2 **Enterprise Vehicle Gains** | $230,230.96 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Legend Energy Services, LLC |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known): | 21-60451 |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | |
| **3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $0.00 | |

| Debtor | Legend Energy Services, LLC | Case number *(if known)* | 21-60451 |
| --- | --- | --- | --- |
| | Name | | |

<table>
<tr><td colspan="4"><strong>Part 2:</strong> List Others to Be Notified for a Debt Already Listed in Part 1</td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| _____<br>_____<br>_____ | Line _____ | ____ ____ ____ ____ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Legend Energy Services, LLC |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known): | 21-60451 |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____ | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____ | | | |

| Debtor | **Legend Energy Services, LLC** | Case number (if known) | 21-60451 |
|---|---|---|---|
| | Name | | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**A & R ENTERPRISES LLC DBA SERVICE ELECTRIC AND R & E ELECTRIC**

**PO BOX 2000**

**KILGORE, TX 75663**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,496.72

---

**3.2** Nonpriority creditor's name and mailing address

**A&W ENERGY LLC DBA DFW HEAVY DUTY PARTS**

**1301 FORUM WAY S**

**FORT WORTH, TX 76140**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,568.70

---

**3.3** Nonpriority creditor's name and mailing address

**ABS OPERATING LLC DBA ADVANTAGE BUILDING SERVICES**

**PO BOX 5089**

**LONGVIEW, TX 75608**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,898.40

---

**3.4** Nonpriority creditor's name and mailing address

**AIR COMM**

**4840 S 35TH ST**

**PHOENIX, AZ 85040**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,105.16

---

**3.5** Nonpriority creditor's name and mailing address

**AIR PRODUCTS AND CHEMICALS, INC**

**MAIL CODE: 5701**

**PO BOX 71200**

**CHARLOTTE, NC 28272-1200**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?

$21,076.28

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

**3.6** Nonpriority creditor's name and mailing address
**AIRGAS INC DBA AIRGAS NITROGEN SERVICES, LLC**

**PO BOX 734446**

**CHICAGO, IL 60673-4446**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $59,596.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
**ALPHA EQUIPMENT SERVICES LLC**

**3084 ABORDEAN LN**

**GRAND JUNCTION, CO 81504**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $11,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
**ALPHA FIRE SAFETY AND SUPPLY COMPANY LLC**

**313 LYNCH DRIVE**

**BULLARD, TX 75757**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $4,833.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
**AMERICAN WELDING & GAS, INC**

**PO BOX 779009**

**CHICAGO, IL 60677-9009**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $767.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
**AMERIPRIDE SERVICES**

**PO BOX 2020**

**BEMIDJI, MN 56619-2020**

Date or dates debt was incurred _____

As of the petition filing date, the claim is: $262.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Legend Energy Services, LLC | Case number *(if known)* | 21-60451 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.11** Nonpriority creditor's name and mailing address

ANDERSON & ASSOCIATES, INC

919 FM 1959 RD

HOUSTON, TX 77034

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$6,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

AT&T MOBILITY

PO BOX 6463

CAROL STREAM, IL 60197-6463

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **($300.00)**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

ATCO INTERNATIONAL

1401 BARCLAY CIRCLE SE

MARIETTA, GA 30060-2925

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$301.24**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

ATLAS SAND COMPANY, LLC

PO BOX 679718

DALLAS, TX 75267

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$54,871.70**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

ATMOS ENERGY

5420 LBJ FREEWAY

SUITE 1800

DALLAS, TX 75240

Date or dates debt was incurred

As of the petition filing date, the claim is: **$45,092.50**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

**3.16** Nonpriority creditor's name and mailing address

AXOS BANK

4350 La Jolla Village Drive, Suite 140

CA

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

**3.17** Nonpriority creditor's name and mailing address

BAR M WELDING, LLC

PO BOX 1716

KILGORE, TX 75663

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,219.13**

**3.18** Nonpriority creditor's name and mailing address

BERKLEY OIL & GAS SPECIALTY SERVICES

PO BOX 639831

CINCINNATI, OH 45263

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$70,314.00**

**3.19** Nonpriority creditor's name and mailing address

BERT KINKAID ENTERPRISES, INC DBA EAST TEXAS GLASS CO

PO BOX 40697

HOUSTON, TX 77040

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,089.71**

**3.20** Nonpriority creditor's name and mailing address

BHD USA, INC DBA BHD TEST & MEASUREMENT 5555

2100 W 6TH AVE

SUITE C

BROOMFIELD, CO 80020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$13,900.00**

| Debtor | **Legend Energy Services, LLC** | Case number (if known) | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.21** Nonpriority creditor's name and mailing address

BLACK ICE INDUSTRIAL LLC

4714 GUERNSEY RD

ODESSA, TX 79764

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$18,997.88

---

**3.22** Nonpriority creditor's name and mailing address

BLACK SHEEP HEAVY DUTY SUPPLY LLC

3801 SOUTH COUNTY ROAD 1285

ODESSA, TX 79765

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$44,613.94

---

**3.23** Nonpriority creditor's name and mailing address

B-LINE FILTER & SUPPLY, INC

PO BOX 4598

ODESSA, TX 79760

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$29,339.49

---

**3.24** Nonpriority creditor's name and mailing address

BOOT BARN INC

15345 BARRANCA PKWY

IRVINE, CA 92618

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,858.45

---

**3.25** Nonpriority creditor's name and mailing address

BROCKETT & MCNEEL LLP

PO BOX 1841

MIDLAND, TX 79702

Date or dates debt was incurred

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$260.00

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,312.25
*Check all that apply.*

BRUCE GUINN

PO BOX 1382

PAMPA, TX 79066

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,703.14
*Check all that apply.*

BURROWS R & H MACHINE LLC DBA R & H MACHINE

PO BOX 8606

LONGVIEW, TX 75607

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00
*Check all that apply.*

C L ANDERSON JR MD P A DBA VALLEY DAY & NIGHT CLINIC

3302 BOCA CHICA BLVD

BROWNSVILLE, TX 78521

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,475.00
*Check all that apply.*

CANON SAFETY SERVICES, LTD DBA CANON SAFETY

PO BOX 5504

LONGVIEW, TX 75608-5504

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00
*Check all that apply.*

CANOPY EMPLOYMENT SCREENINGS

814 NORTH CREEK DRIVE

SUITE B

CONWAY, AR 72032

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.31** Nonpriority creditor's name and mailing address

CAVALIER ENERGY, LLC

13401 Railway Dr

OK

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.32** Nonpriority creditor's name and mailing address

CERTIFIED LABORATORIES

PO BOX 971269

DALLAS, TX 75397-1269

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$112.43

---

**3.33** Nonpriority creditor's name and mailing address

CHEMTREC

ACCOUNTS RECEIVABLE

PO BOX 791383

BALTIMORE, MD 21279-1383

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

**3.34** Nonpriority creditor's name and mailing address

CITY OF ELK CITY

PO BOX 1100

ELK CITY, OK 73648

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

($188.13)

---

**3.35** Nonpriority creditor's name and mailing address

CIZION LLC DBA VULCAN INDUSTRIAL MANUFACTURING

1990 POST OAK BLVD STE 2400

HOUSTON, TX 77056

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$158,313.50

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,278.50 |
|---|---|---|---|

**3.36** Nonpriority creditor's name and mailing address

CLEAR RIVER AMERICA INDUSTRIES, INC

12818 MURPHY ROAD

STAFFORD, TX 77477

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,278.50

---

**3.37** Nonpriority creditor's name and mailing address

COASTAL CHEMICAL CO LLC

DEPT 2214 PO BOX 122214

DALLAS, TX 75312

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$13,826.66

---

**3.38** Nonpriority creditor's name and mailing address

COFIROUTE USA LLC DBA RMA TOLL PROCESSING

PO BOX 734182

DALLAS, TX 75373

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$628.44

---

**3.39** Nonpriority creditor's name and mailing address

CONTINENTAL BATTERY COMPANY

4919 WOODALL ST

DALLAS, TX 75247

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,193.79

---

**3.40** Nonpriority creditor's name and mailing address

CORPORATE HOSPITALITY SERVICES, LLC

125 EAST JOHN CARPENTER FWY

SUITE 525

IRVING, TX 75062

Date or dates debt was incurred

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,837.58

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|--------|------|------|------|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.41** Nonpriority creditor's name and mailing address

CORTEX BUSINESS SOLUTIONS

PO BOX 675035

DALLAS, TX 75267

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $99.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

COSTA ENERGY, LLC

8505 FREEPORT PARKWAY, SUITE 390

IRVING, TX 75063

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unknown
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

COVIA HOLDING CORPORATION

FAIRMOUNT SANTROL

PO BOX 931184

CLEVELAND, OH 44193

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $48,797.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

CRENSHAW ENTERPRISES, LLC DBA TIGER INDUSTRIAL RENTALS

PO BOX 733253

DALLAS, TX 75373

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $2,369.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

CRESTMARK EQUIPMENT FINANCE, a division of METABANK, NA

5480 Corporate Drive, Suite 350

MI

Date or dates debt was incurred _____

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Legend Energy Services, LLC** | | Case number *(if known)* | **21-60451** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.46** Nonpriority creditor's name and mailing address

CROOKS STANFORD, PLLC, DBA CROOKS STANFORD & SHOOP

171 STONEBRIDGE BOULEVARD

EDMOND, OK 73013

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,624.00

---

**3.47** Nonpriority creditor's name and mailing address

CROWN PRODUCTS, INC.

DEPT 1605

PO BOX 100

BIXBY, OK 74008

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,338.20

---

**3.48** Nonpriority creditor's name and mailing address

CUMMINS ROCKY MOUNTAIN LLC

PO BOX 912138

DENVER, CO 80291-2138

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,106.05

---

**3.49** Nonpriority creditor's name and mailing address

CW DAVIS ENTERPRISES DBA DTAC

5130 EDGEFIELD LN

MIDLOTHIAN, TX 76065

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$909.49

---

**3.50** Nonpriority creditor's name and mailing address

D&D INDUSTRIAL WELDING SUPPLY INC

PO BOX 2245

KILGORE, TX 75663

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,134.75

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

<div style="background:black;color:white">**Part 2:**</div> Additional Page

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,358.45
*Check all that apply.*

**DARKTRACE LIMITED**

**MAURICE WILKES BUILDING**

**ST JOHN'S INNOVATION PARK**

**CAMBRIDGE, CB4 0DS,**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,393.66
*Check all that apply.*

**DAVIS CHEMICAL SERVICES, LLC**

**PO BOX 1369**

**MARSHALL, TX 75671**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $979.67
*Check all that apply.*

**DICKINSON TIRE, INC**

**251 21ST STREET WEST**

**WEST DICKINSON, ND 58601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,819.92
*Check all that apply.*

**DISA, INC**

**DEPT 3731**

**PO BOX 123731**

**DALLAS, TX 75312-3731**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.28
*Check all that apply.*

**DIVERSIFIED FIRE PROTECTION, INC**

**5941 MIDWAY ROAD**

**FT WORTH, TX 76117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>Additional Page</td></tr>
</table>

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,259.20** |
|---|---|---|---|

DNOW LP

PO BOX 200822

DALLAS, TX 75320-0822

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$550.00** |
|---|---|---|---|

DONALD J CULAK

614 MCDANIEL DRIVE

MAGNOLIA, TX 77354

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,450.00** |
|---|---|---|---|

DOUGLAS E PERRY DBA PERRY ROOFING AND CONTRACTING

664 EAST BROADWAY

DICKINSON, ND 58601

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,669.98** |
|---|---|---|---|

DRAGON PRODUCTS, LLC

PO BOX 790

BEAUMONT, TX 77704-0790

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$41.80** |
|---|---|---|---|

DS WATERS OF AMERICA DBA DEEP ROCK

PO BOX 660579

DALLAS, TX 75266

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.61** **Nonpriority creditor's name and mailing address**

**E & H ENTERPRISES OF ALEXANDRIA, INC. DBA
ELLINGSON PLUMBING, HE**

**2510 S BROADWAY STREET**

**ALEXANDRIA, MN 56308**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   $387.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.62** **Nonpriority creditor's name and mailing address**

**EAST TEXAS CONSOLIDATED SUPPLY, INC**

**1275 W MAIN ST**

**No 567**

**RIPON, CA 95366**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   $56,452.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**

**EAST TEXAS MACHNIE WORKS, INC**

**2808 W MARSHALL AVE**

**LONGVIEW, TX 75604**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   $21,825.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**

**EF FASTENERS LLC**

**2320 E COMMERCE ST**

**TYLER, TX 74702**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   $358.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65** **Nonpriority creditor's name and mailing address**

**ELEET CRYOGENICS, INC**

**11132 INDUSTRIAL PARKWAY NW**

**BOLIVAR, OH 44612**

Date or dates debt was incurred

As of the petition filing date, the claim is:   $58,530.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.66** | **Nonpriority creditor's name and mailing address**

ENERGY SERVICES LLC

PO BOX 12750

LONGVIEW, TX 75602

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $110.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address**

ENERGY SYSTEMS INDUSTRIAL INC.

2267 SIMS STREET

DICKINSON, ND 58601-6521

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $257.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**

ENTERPRISE FLEET MANAGEMENT

PO BOX 800089

KANSAS CITY, MO 64180-0089

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $0.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address**

ENVIRONMENTAL OIL RECOVERY, INC

PO BOX 1175

HALLSVILLE, TX 75650

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:** $4,562.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**

EPIC PERFOMANCE SOLUTIONS, LLC

PO BOX 2205

DICKINSON, ND 58602

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:** $8,179.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** Additional Page</div>

**3.71** Nonpriority creditor's name and mailing address

EXTREME SHALE PERFORMANCE DBA ESP

125 THEOBOLD AVE

BLDG 1

GREENSBURG, PA 15601

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $19,648.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.72** Nonpriority creditor's name and mailing address

FACTSET RESEARCH SYSTEMS INC

PO BOX 414756

BOSTON, MA 02241-4756

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $14,162.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

FAST TRAC TRANSPORTATION LLC, DBA BULL DAWG
ENERGY SERVICES LLC

16220 AIR CENTER BLVD

HOUSTON, TX 77032

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $22,991.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

FASTENAL

PO BOX 978

WINONA, MN 55987-0978

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:                    $9,029.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

FLEETPRIDE

PO BOX 847118

DALLAS, TX 75284-7118

Date or dates debt was incurred _____

As of the petition filing date, the claim is:                    $109,821.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.76
**Nonpriority creditor's name and mailing address**

FMC TECHNOLOGIES

BANK OF AMERICA

BOX 845346

DALLAS, TX 75284

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$293,444.23

---

### 3.77
**Nonpriority creditor's name and mailing address**

FOCUS MANAGEMENT GROUP

30725 US HWY 19N PMB 330

PALM HARBOR, FL 34684

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,605.65

---

### 3.78
**Nonpriority creditor's name and mailing address**

FORT WORTH PUMP, LLC DBA FRAC PUMP PARTS

PO BOX 381413

DALLAS, TX 75138

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,522.10

---

### 3.79
**Nonpriority creditor's name and mailing address**

FORUM US, INC

PO BOX 203325

DALLAS, TX 75320-3325

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$275,664.00

---

### 3.80
**Nonpriority creditor's name and mailing address**

FRONTIER HEAVY HAUL & SUPPORT INC.

120 COUNTY ROAD 940

FAIRFIELD, TX 75840

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,000.00

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $170,690.78
| GARDNER DENVER, INC | *Check all that apply.* |
| | ☐ Contingent |
| PO BOX 955953 | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** _____ |
| ST LOUIS, MO 63195-5953 | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred _____ | ☐ Yes |
| Last 4 digits of account number __ __ __ __ |

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.50
| GDL INDUSTRIAL ELECTRONICS | *Check all that apply.* |
| | ☐ Contingent |
| 1301 COTTON FLAT ROAD | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** _____ |
| MIDLAND, TX 79701 | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred _____ | ☐ Yes |
| Last 4 digits of account number __ __ __ __ |

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,061.71
| GK TECHSTAR, LLC | *Check all that apply.* |
| | ☐ Contingent |
| 802 WEST 13TH ST | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** _____ |
| DEER PARK, TX 77536 | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred _____ | ☐ Yes |
| Last 4 digits of account number __ __ __ __ |

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,607.50
| GLOBAL TUBING, LLC | *Check all that apply.* |
| | ☐ Contingent |
| PO BOX 204538 | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** _____ |
| DALLAS, TX 75320-4538 | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred _____ | ☐ Yes |
| Last 4 digits of account number __ __ __ __ |

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.89
| GRAINGER | *Check all that apply.* |
| | ☐ Contingent |
| DEPT 881179220 | ☐ Unliquidated |
| | ☐ Disputed |
| P.O. BOX 419267 | **Basis for the claim:** _____ |
| KANSAS CITY, MO 64141-6267 | **Is the claim subject to offset?** |
| | ☑ No |
| Date or dates debt was incurred _____ | ☐ Yes |

| Debtor | Legend Energy Services, LLC | Case number *(if known)* | 21-60451 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

### 3.86   Nonpriority creditor's name and mailing address

**GUS FABRICATION, INC.**

**2304 MAIN STREET**

**A**

**JEANERETTE, LA 70544**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$205.23

---

### 3.87   Nonpriority creditor's name and mailing address

**H&E EQUIPMENT SERVICES, INC**

**PO BOX 849850**

**DALLAS, TX 75284-9850**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

($95.69)

---

### 3.88   Nonpriority creditor's name and mailing address

**HAIRPIN TRUCKING LLC**

**3RD COAST COMMERCIAL CAPITAL, INC**

**FBO: HAIRPIN TURUCKING LLC**

**HUMBLE, TX 77347-4910**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,440,678.91

---

### 3.89   Nonpriority creditor's name and mailing address

**HARVEY'S SERVICING, INC**

**PO BOX 2106**

**ANDREWS, TX 79714**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$692.76

---

### 3.90   Nonpriority creditor's name and mailing address

**HD HYDRAULICS, LLC**

**PO BOX 3455**

**KILGORE, TX 75663**

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,997.38

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.47
*Check all that apply.*

**HEILBURNS INC OF COLORADO DBA NAPA AUTO PARTS**

**316 SOUTH LINK LANE**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**FORT COLLINS, CO 80524**

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
*Check all that apply.*

**HENNEMAN RAU KIRKIN SMITH LLP**

**815 WALKER STREET**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**SUITE 1440**

**HOUSTON, TX 77002**

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.98
*Check all that apply.*

**HEXION, INC.**

**12850 COLLECTION CENTER DR**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CHICAGO, IL 60693**

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $338,605.68
*Check all that apply.*

**H-FORCE, LLC**

**PO BOX 370**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**MT ENTERPRISE, TX 75681**

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,977.41
*Check all that apply.*

**HOLT CAT**

**PO BOX 650345**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**DALLAS, TX 75265-0345**

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.96** Nonpriority creditor's name and mailing address
**HORIZON CABLE SERVICE, INC**

**PO BOX 270895**

**OKLAHOMA CITY, OK 73137**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$1,437.39**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

---

**3.97** Nonpriority creditor's name and mailing address
**HYDRA RIG - TEXAS**

**PO BOX 201161**

**DALLAS, TX 75320-1161**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **($1,262.93)**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

---

**3.98** Nonpriority creditor's name and mailing address
**HYDRADYNE, LLC**

**PO BOX 974799**

**DALLAS, TX 75397-4799**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$9,500.15**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

---

**3.99** Nonpriority creditor's name and mailing address
**HYDRAQUIP DISTRIBUTION, INC**

**PO BOX 4493**

**HOUSTON, TX 77210**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **($2,550.37)**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

---

**3.100** Nonpriority creditor's name and mailing address
**INDUSTRIAL ELECTRONIC SUPPLY, INC**

**PO BOX 3902**

**SHREVEPORT, LA 71133-3902**

Date or dates debt was incurred _____

As of the petition filing date, the claim is: **$2,768.87**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.101** | **Nonpriority creditor's name and mailing address**
INDUSTRIAL OILS UNLIMITED, LLC

PO BOX 100

DEPT NO 1620

BIXBY, OK 74008

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$83,887.57

---

**3.102** | **Nonpriority creditor's name and mailing address**
IO ASSETS GROUP, LLC

19415 SPORTSMAN ROAD

EDMOND, OK 73012

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,920.00

---

**3.103** | **Nonpriority creditor's name and mailing address**
IRON HAWK OILFIELD SERVICES

353 CULLEN LANE

LONGVIEW, TX 75604

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$182,066.00

---

**3.104** | **Nonpriority creditor's name and mailing address**
JASON RAY LITTLEJOHN DBA TRIPLE L FAB WORKS

PO BOX 836247

RICHARDSON, TX 75083-6247

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$44,619.16

---

**3.105** | **Nonpriority creditor's name and mailing address**
JIM AND ANN LEACH DBA ANDREWS PEST CONTROL

1007 NW 10TH

ANDREWS, TX 79714

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$746.87

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,500.00

JOHN K ISAACS DBA, ISAACS WRECKER SERVICE

13452 FM 206

TYLER, TX 75709

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,237.50

JOHN PAUL JOYNER JR

9257 CR137N

OVERTON, TX 75684

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,063.16

JOSHUA EUGENE CHASE DBA CHASE WELDING SERVICES

PO BOX 1631

LAREDO, TX 78043

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,769.31

K&C HOSE AND SUPPLY, LLC

PO BOX 5513

LONGVIEW, TX 75608

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,592.03

KD TIMMONS INC

PO BOX 2609

BRYAN, TX 77805

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

---

**3.111** Nonpriority creditor's name and mailing address

**KEITH A MILLER DBA MILLER MACHINE & WELDING**

**1245 MAIN SOUTH**

**DICKINSON, ND 58601**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25.00

---

**3.112** Nonpriority creditor's name and mailing address

**KELLY AUTOMOTIVE SUPPLY, INC**

**PO BOX 1463**

**BOWIE, OK 76230**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$811.80

---

**3.113** Nonpriority creditor's name and mailing address

**KEMPER VALVE & FITTINGS CORP**

**29423 NETWORK PLACE**

**CHICAGO, IL 60673-1294**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$134,342.67

---

**3.114** Nonpriority creditor's name and mailing address

**KILGORE HOSE SPECIALTY WAREHOUSE LLC**

**3103 HIGHWAY 135 NORTH**

**KILGORE, TX 75662**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,004.00

---

**3.115** Nonpriority creditor's name and mailing address

**KILGORE TIRE CENTER INC.**

**PO BOX 1202**

**KILGORE, TX 75663**

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$160.74

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.116** Nonpriority creditor's name and mailing address
**KLX ENERGY HOLDINGS LLC DBA VISION OIL TOOLS**

**28099 NETWORK PL**

**CHICAGO, IL 60673-1280**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $442,453.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.117** Nonpriority creditor's name and mailing address
**L & C SAFETY, INC. DBA STANDARD SAFETY & SUPPLY**

**PO BOX 14987**

**ODESSA, TX 79768**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $154,054.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.118** Nonpriority creditor's name and mailing address
**LEGACY CRYOGENIC TRANSPORTATION LLC**

**16938 CR 3784**

**COALGATE, OK 74538**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $5,309.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.119** Nonpriority creditor's name and mailing address
**LES CAPITAL, LLC**

**171 Stonebridge Blvd**

**Edmond, OK 73013**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address
**LIFE LINE TECHNOLOGIES DBA XSTREMEMD**

**LIFE LINE TECHNOLOGIE,LLC**

**1028 FORUM DR**

**BROUSSARD, LA 70518**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $402.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
| | Name | | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,225.00 |
|---|---|---|---|

**LOMC**

**3202 N FOURTH ST**

**SUITE 100**

**LONGVIEW, TX 75605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,603.33 |
|---|---|---|---|

**LONESTAR FREIGHTLINER GROUP,LLC DBA LONESTAR TRUCK GROUP-WACO**

**PO BOX 2208**

**DECATUR, AL 35609-2201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,460.21 |
|---|---|---|---|

**LONGVIEW TRUCK PARTS INC DBA LONGVIEW GEAR & AXLE INC**

**801 W COTTON**

**LONGVIEW, TX 75604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,618.53 |
|---|---|---|---|

**LOUISIANA DEPARTMENT OF REVENUE**

**PO BOX 3138**

**BATON ROUGE, LA 70821-3138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,884.38 |
|---|---|---|---|

**MAGNETO & DIESEL INJECTOR SERVICE DBA M&D DISTRIBUTORS**

**7902 FM 1960 BYPASS ROAD**

**WEST HUMBLE, TX 77338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.126** Nonpriority creditor's name and mailing address

MALONE'S CLEANING SERVICE INC

PO BOX 5621

LONGVIEW, TX 75608-5621

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,113.51**

---

**3.127** Nonpriority creditor's name and mailing address

MARGARET DREILING

11605 MERIDIAN MKT VIEW

FALCON, CO 80831

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,649.23**

---

**3.128** Nonpriority creditor's name and mailing address

MASTER ALIGNER

PO DRAWER 7729

LONGVIEW, TX 75607

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,388.19**

---

**3.129** Nonpriority creditor's name and mailing address

MATEX ACQUISITION CORPORATION DBA MATEX WIRE ROPE CO, MATEX, WRC

1121 N LONGVIEW ST

KILGORE, TX 75662

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$418.49**

---

**3.130** Nonpriority creditor's name and mailing address

MATHESON TRI-GAS INC

DEPT 3028

PO BOX 123028

DALLAS, TX 75312

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$34,573.57**

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.131** Nonpriority creditor's name and mailing address

MAVEN VALVE & SUPPLY LLC

1025 GARDINER MITCHELL PARKWAY

LONGVIEW, TX 75603

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $41,806.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.132** Nonpriority creditor's name and mailing address

MCAFEE & TAFT

10TH FLOOR, TWO LEADERSHIP SQUARE

211 NORTH ROBINSON

OKLAHOMA CITY, OK 73102-7103

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $20,827.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.133** Nonpriority creditor's name and mailing address

MCGRIFF SIEBELS & WILLIAMS

DRAWER 456

PO BOX 11407

BIRMINGHAM, AL 35246-0001

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.134** Nonpriority creditor's name and mailing address

MCMASTER -CARR SUPPLY COMPANY

PO BOX 7690

CHICAGO, IL 60680-7690

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $823.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.135** Nonpriority creditor's name and mailing address

Mercedes-Benz Financial Services USA LLC d/b/a Daimler Truck Financial

14372 Heritage Parkway

TX

Date or dates debt was incurred

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
| --- | --- | --- | --- |
| | Name | | |

**Part 2:** Additional Page

---

**3.136** Nonpriority creditor's name and mailing address

**MERCER VALVE CO, INC**

**PO BOX 270970**

**OKLAHOMA CITY, OK 73137**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$53.00

---

**3.137** Nonpriority creditor's name and mailing address

**METRO CENTRE**

**679 CR 404**

**GAINESVILLE, TX 76240**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

($5.40)

---

**3.138** Nonpriority creditor's name and mailing address

**MID SOUTH ENGINE & POWER SYSTEMS, LLC DBA MID SOUTH ENGINE & MAC**

**2201 E US HWY 80**

**WHITE OAK, TX 75693**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$6,996.22

---

**3.139** Nonpriority creditor's name and mailing address

**MIDWEST HOSE & SPECIALTY, INC**

**PO BOX 96558**

**OKLAHOMA CITY, OK 73143**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$27.88

---

**3.140** Nonpriority creditor's name and mailing address

**MKBCCSLS OPERATIONS, LLC DBA WASHINGTON IRON WORKS**

**400 EAST LAMAR STREET**

**SHERMAN, TX 75090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$37,075.63

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

**3.141** Nonpriority creditor's name and mailing address

MOBILE DATA TECHNOLOGIES

101,14535-118 AVENUE NW

EDMONTON, T5L 2M7

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,441.98

**3.142** Nonpriority creditor's name and mailing address

MOMENTUM TRANSPORTATION DBA TURNKEY INDUSTRIES LLC

29710 FM 2978 RD

MAGNOLIA, TX 77354

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$281.45

**3.143** Nonpriority creditor's name and mailing address

MORLICK HAULING

5150 57TH ST SE

BISMARK, ND 58504

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$13,566.18

**3.144** Nonpriority creditor's name and mailing address

MOTION INDUSTRIES

PO BOX 849737

DALLAS, TX 75284

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,306.69

**3.145** Nonpriority creditor's name and mailing address

MOUNTAIN SUPPLY & SERVICE, LLC

PO BOX 3111

LONGVIEW, TX 75606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$36.57

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.146

**Nonpriority creditor's name and mailing address**
NBC OKLAHOMA

13401 N. Pennsylvania

Oklahoma City, OK 73102

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_

### 3.147

**Nonpriority creditor's name and mailing address**
NELSON PROPANE GAS INC

PO BOX 1479

FAIRFIELD, TX 75840

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.78

### 3.148

**Nonpriority creditor's name and mailing address**
NEXSEER CAPITAL

2942 Century Place, Suite 800

CA

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

_unknown_

### 3.149

**Nonpriority creditor's name and mailing address**
NORMAN J ELIAS CONSULTING

32 STURBRIDGE LANE

TRUMBULL, CT 6611

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,067.50

### 3.150

**Nonpriority creditor's name and mailing address**
NORTH TEXAS TOLLWAY AUTHORITY

PO BOX 660244

DALLAS, TX 75266-0244

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$90.00

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

**3.151** Nonpriority creditor's name and mailing address
NORTHWEST PARKWAY LLC

3701 NORTHWEST PARKWAY

BROOMFIELD, CO 80023

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Is the claim subject to offset?
☑ No
☐ Yes

$21.40

**3.152** Nonpriority creditor's name and mailing address
OCCUPATIONAL HEALTH-TEXAS

PO BOX 9005

ADDISON, TX 75001-9005

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Is the claim subject to offset?
☑ No
☐ Yes

$360.00

**3.153** Nonpriority creditor's name and mailing address
OGLETREE, DEAKINS, NASH, SMOAK & STEWART PC

PO BOX 89

COLUMBIA, SC 29202

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Is the claim subject to offset?
☑ No
☐ Yes

$39,920.89

**3.154** Nonpriority creditor's name and mailing address
OKLAHOMA CORPORATION COMMISSION

PO BOX 52000

OKLAHOMA CITY, OK 73152-2000

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Is the claim subject to offset?
☑ No
☐ Yes

$224,430.70

**3.155** Nonpriority creditor's name and mailing address
OKLAHOMA SAFETY MANAGEMENT COUNCIL

3909 N LINDSAY AVENUE

OKLAHOMA CITY, OK 73105

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Is the claim subject to offset?
☑ No
☐ Yes

$125.00

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.156** | Nonpriority creditor's name and mailing address

**OMT FLOW, LLC**

**PO BOX 1577**

**GAINESVILLE, TX 76241**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$388,849.02

---

**3.157** | Nonpriority creditor's name and mailing address

**ORIGIN ROSE LLC**

**PO BOX 1948**

**BOULDER, CO 80306**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$624,506.63

---

**3.158** | Nonpriority creditor's name and mailing address

**P&W SALES, INC**

**405 N. HWY 135**

**KILGORE, TX 75662**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$41,891.02

---

**3.159** | Nonpriority creditor's name and mailing address

**PARAGON BUILDING ASSOCIATES**

**5801 N BROADWAY EXT, SUITE 210**

**OKLAHOMA CITY, OK 73118**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,438.17

---

**3.160** | Nonpriority creditor's name and mailing address

**PEI - GENESIS, INC.**

**PO BOX 5591**

**CAROL STREAM, IL 60197**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,038.65

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.161** | Nonpriority creditor's name and mailing address
**PENNSYLVANIA TURNPIKE COMMISSION**

**PA TURNPIKE TOLL BY PLATE**

**PO BOX 645631**

**PITTSBURGH, PA 15264-5254**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8.10

---

**3.162** | Nonpriority creditor's name and mailing address
**PERFORMANCE TRUCK/INTERSTATE BILLING**

**INTERSTATE BILLING SERVICE**

**PO BOX 2208**

**DECATUR, AL 35609-0000**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$640.00

---

**3.163** | Nonpriority creditor's name and mailing address
**PETROLEUM CLUB OF OKLAHOMA CITY**

**100 N BROADWAY**

**SUITE 3400**

**OKLAHOMA CITY, OK 73102**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$244.38

---

**3.164** | Nonpriority creditor's name and mailing address
**PIPER OILFIELD PRODUCTS**

**PO BOX 94520**

**OKLAHOMA CITY, OK 73143**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$849.19

---

**3.165** | Nonpriority creditor's name and mailing address
**PISCES INC**

**PO BOX 2728**

**KILGORE, TX 75663**

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$479.54

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

**3.166** Nonpriority creditor's name and mailing address
POSTER GUARD

PO BOX 669390

POMPANO BEACH, FL 33066

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$434.45

---

**3.167** Nonpriority creditor's name and mailing address
PRAIRIE AUTO PARTS, INC

PO BOX 1263

DICKINSON, ND 58602

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$759.98

---

**3.168** Nonpriority creditor's name and mailing address
PRISCILLA KEMP DBA J&J TRANSPORTATION

PO BOX 1287

CALDWELL, TX 77836

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$41,075.00

---

**3.169** Nonpriority creditor's name and mailing address
PRO-ACTION FLUIDS, LLC

PO BOX 6687

SHREVEPORT, LA 71136-6687

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,861.72

---

**3.170** Nonpriority creditor's name and mailing address
PROLIFT RIGGING COMPANY, LLC

DEPT# 3017 PO BOX 1000

MEMPHIS, TN 38148

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,297.50

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

**3.171** | **Nonpriority creditor's name and mailing address**
PUMPING SERVICES, INC

PO BOX 1991

PALESTINE, TX 75802

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$995.94

---

**3.172** | **Nonpriority creditor's name and mailing address**
RAY R BRAXTON DBA BRAXTON SERVICES, INC

1118 HAYCEE DRIVE

LONGVIEW, TX 75606

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$719.28

---

**3.173** | **Nonpriority creditor's name and mailing address**
REAGENT CHEMICAL & RESEARCH, INC

LB 1543

PO BOX 95000

PHILADELPHIA, PA 19195-001

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$164,914.92

---

**3.174** | **Nonpriority creditor's name and mailing address**
RENEGADE INTERNATIONAL LLC

PO BOX 926113

HOUSTON, TX 77292

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,748.30

---

**3.175** | **Nonpriority creditor's name and mailing address**
RIG RUNNER, INC

PO BOX 206546

DALLAS, TX 75320-6546

Date or dates debt was incurred  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.176** | Nonpriority creditor's name and mailing address
**RIMROCK PROPERTIES, LLC**

**3682 RIDGE DR**

**GRAND JUNCTION, CO 81506**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$251,455.47

---

**3.177** | Nonpriority creditor's name and mailing address
**ROLLIGON - A DIVISION OF NATIONAL OILWELL VARCO LP**

**PO BOX 202154**

**DALLAS, TX 75320-2154**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,743.98

---

**3.178** | Nonpriority creditor's name and mailing address
**ROUGHNECK RADIATOR LLC**

**1716 TOLEDO CIRCLE**

**LONGVIEW, TX 75604**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$14,781.00

---

**3.179** | Nonpriority creditor's name and mailing address
**RUSH ENTERPRISES/INTERSTATE BILLING**

**INTERSTATE BILLING SERVICE, INC**

**PO BOX 2208**

**DECATUR, AL 35609-2208**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$54,354.54

---

**3.180** | Nonpriority creditor's name and mailing address
**SAFETY KLEEN SYSTEM, INC**

**PO BOX 650509**

**DALLAS, TX 75265-0509**

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$145.78

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.181** Nonpriority creditor's name and mailing address

SAMBA HOLDINGS, INC

DEPT LA 24536

PASADENA, CA 91185

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$5,146.21**

---

**3.182** Nonpriority creditor's name and mailing address

SAMSARA NETWORKS, INC DBA SAMSARA

444 DE HARO STREET

SAN FRANCISCO, CA 94107

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$24,785.90**

---

**3.183** Nonpriority creditor's name and mailing address

SHALE FLOW SPECIALTIES, LLC

300 MARVIN A SMITH DR

KILGORE, TX 75662

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$7,236.05**

---

**3.184** Nonpriority creditor's name and mailing address

SHRIEVE CHEMICAL PRODUCTS, INC

1442 LAKE FRONT CIRCLE

SUITE 500

THE WOODLANDS, TX 77380

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$17,275.62**

---

**3.185** Nonpriority creditor's name and mailing address

SIERRA FRAC SAND, LLC

1155 E JOHNSON

TATUM, TX 75691

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,637.30**

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

**3.186** Nonpriority creditor's name and mailing address

**SIGNAL PEAK SILICA LLC**

**PO BOX 841716**

**DALLAS, TX 75284**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**$556.46**

---

**3.187** Nonpriority creditor's name and mailing address

**SINGLE LINE TECHNOLOGIES**

**7211 GESSNER RD**

**HOUSTON, TX 77040**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**$114,101.21**

---

**3.188** Nonpriority creditor's name and mailing address

**SINGLE MEMBER DISREGRAD ENTITY DBA BIGB CRANE, LLC**

**PO BOX 1061**

**BURLESON, TX 76097**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**$1,500.00**

---

**3.189** Nonpriority creditor's name and mailing address

**SOLARIS OILFIELD SITE SERVICES OPERATING, LLC**

**PO BOX 208274**

**DALLAS, TX 75320-8274**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**$320,188.31**

---

**3.190** Nonpriority creditor's name and mailing address

**SORRELLS OIL TOOL RENTAL, LLC**

**PO BOX 470**

**KILGORE, TX 75663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**$3,892.37**

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.191** Nonpriority creditor's name and mailing address

SOUTHERN SUPPLY HOUSE LLC

PO BOX 549

KILGORE, TX 75663

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,077.91

---

**3.192** Nonpriority creditor's name and mailing address

SOUTHERN TIRE MART, LLC

DEPT 143

PO BOX 1000

MEMPHIS, TN 38148-0143

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$31,821.55

---

**3.193** Nonpriority creditor's name and mailing address

SOUTHWEST BUSINESS MACHINES, INC

564 23RD AVE EAST

DICKINSON, ND 58601

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$75.00

---

**3.194** Nonpriority creditor's name and mailing address

SPM FLOW CONTROL, INC

PO BOX 99395

FT WORTH, TX 76199-3095

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,416.00

---

**3.195** Nonpriority creditor's name and mailing address

ST9 GAS AND OIL LLC

7 SWITCHBUD PL

SUITE 192 No 217

THE WOODLANDS, TX 77380

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$752,584.23

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
| --- | --- | --- | --- |
| | Name | | |

**Part 2:** Additional Page

**3.196** Nonpriority creditor's name and mailing address

**STACIE G.MALONE DBA PRESERVATION HILL CONDOS**

**PO BOX 6**

**CARTHAGE, TX 75633**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $7,360.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.197** Nonpriority creditor's name and mailing address

**STARK COUNTY AUDITOR**

**PO BOX 130**

**DICKINSON, ND 58602-0130**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $63,115.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.198** Nonpriority creditor's name and mailing address

**STS OPERATING INC., DBA SUNSOURCE**

**PO BOX 74007453**

**CHICAGO, IL 60674**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $4,932.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.199** Nonpriority creditor's name and mailing address

**STUART HOSE AND PIPE**

**701 RIVERSIDE DRIVE**

**FT WORTH, TX 76111**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $19,264.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.200** Nonpriority creditor's name and mailing address

**SUMMERS CHIROPRACTIC PROFESSIONAL ASSOCIATION DBA SUMMERS CHIRO**

**709 HOSPITAL DRIVE**

**ANDREWS, TX 79714**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

### Part 2:  Additional Page

**3.201** | **Nonpriority creditor's name and mailing address**

SUN COAST RESOURCES, INC

PO BOX 202603

DALLAS, TX 75320

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,718.63

---

**3.202** | **Nonpriority creditor's name and mailing address**

SUNBELT RENTALS, INC.

PO BOX 409211

ATLANTA, GA 30384-9211

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,083.40

---

**3.203** | **Nonpriority creditor's name and mailing address**

TARGET LOGISTICS MANAGEMENT LLC

2170 BUCKTHORNE PALCE

SUITE 440

THE WOODLANDS, TX 77380

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$364,575.22

---

**3.204** | **Nonpriority creditor's name and mailing address**

TARQUIN ACID LLC DBA TARQUIN COOLPRO LLC

500 TROON DR

ODESSA, TX 79761

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,164.29

---

**3.205** | **Nonpriority creditor's name and mailing address**

TEAM HOUSING SOLUTIONS

PO BOX 310697

NEW BRAUNFELS, TX 78131

Date or dates debt was incurred _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$436,108.64

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

**3.206** Nonpriority creditor's name and mailing address

TERRACON CONSULTANTS, INC

PO BOX 959673

ST. LOUIS, MO 63195-9673

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$4,730.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.207** Nonpriority creditor's name and mailing address

TEXAS AIR HYDRAULIC SERVICE & SUPPLY, INC

PO BOX 2785

LONGVIEW, TX 75606

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$12,913.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.208** Nonpriority creditor's name and mailing address

TEXAS COMPTROLLER OF PUBLIC ACCTS

PO BOX 149348

AUSTIN, TX 78114-9438

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$102,673.10**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.209** Nonpriority creditor's name and mailing address

TEXAS FUELING SERVICES,INC

PO BOX 207466

DALLAS, TX 75320

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:  **$19,822.41**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.210** Nonpriority creditor's name and mailing address

TEXAS OIL TOOLS

PO BOX 201962

DALLAS, TX 75320-1962

Date or dates debt was incurred _____

As of the petition filing date, the claim is:  **($1,019.40)**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

**3.211**

**Nonpriority creditor's name and mailing address**

TEXAS SOUTHWEST CRYOGENICS INC

PO BOX 2220

TOMBALL, TX 77377

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,498.18

---

**3.212**

**Nonpriority creditor's name and mailing address**

THE E3 COMPANY, LLC DBA TE3CO

301 MARVIN A SMITH RD

KILGORE, TX 75662

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$93,034.07

---

**3.213**

**Nonpriority creditor's name and mailing address**

THE GOODYEAR TIRE & RUBBER COMPANY

3725 EAST LOOP DR

LONGVIEW, TX 75602

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,027.11

---

**3.214**

**Nonpriority creditor's name and mailing address**

THERMO PROCESS INSTRUMENTS, LP

PO BOX 742770

ATLANTA, GA 30374-2770

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,900.00

---

**3.215**

**Nonpriority creditor's name and mailing address**

TKJ, INC. DBA LONE STAR RENTAL

830 E BROADWAY

ANDREWS, TX 79714

Date or dates debt was incurred

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,367.49

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.216** Nonpriority creditor's name and mailing address

TOP LINE RENTAL LLC

PO BOX 2290

HENDERSON, TX 75653

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,466.26

---

**3.217** Nonpriority creditor's name and mailing address

TRAVIS THOMPSON DBA T4 CONSTRUCTION SERVICES LLC

107 COUNTY ROAD 404

BUFFALO, TX 75831

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

($1,150.00)

---

**3.218** Nonpriority creditor's name and mailing address

UM AUTO PARTS

2714 W WALLS ST

MIDLAND, TX 79701

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$848.11

---

**3.219** Nonpriority creditor's name and mailing address

UNITED ENGINES, LLC

PO BOX 731594

DALLAS, TX 75373-1594

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$570.02

---

**3.220** Nonpriority creditor's name and mailing address

UTEX INDUSTRIES, INC

DEPT 878 PO BOX 4346

HOUSTON, TX 77210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$147,998.21

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

**Part 2:** Additional Page

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $847.32
*Check all that apply.*

**UTILITY 1 SOURCE, LP. CTE LLC**

**UOS CTE**

**PO BOX 775539**

**CHICAGO, IL 60677-5539**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,284.86
*Check all that apply.*

**VALTEK INDUSTRIES, INC.**

**PO BOX 70239**

**ODESSA, TX 79769**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $140,292.39
*Check all that apply.*

**VINMAR CAPITAL HOLDINGS LP DBA FRAC-CHEM LLC**

**LOCK BOX 207643**

**PO BOX 207643**

**DALLAS, TX 75320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.58
*Check all that apply.*

**WALLWORK TRUCK CENTER**

**BOX 1819**

**FARGO, ND 58107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $445.68
*Check all that apply.*

**WARREN POWER & MACHINERY, INC.DBA WARREN CAT /CAT FINANCIAL**

**DEPT 30-2000107611**

**PO BOX 9001036**

**LOUISVILLE, KY 40290-1036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.226** | Nonpriority creditor's name and mailing address
**WATER SCIENCE TECHNOLOGIES, LLC**

PO BOX 2207

BIRMINGHAM, AL 35201

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$139,822.13

---

**3.227** | Nonpriority creditor's name and mailing address
**WATT & STEWART TRUCKING**

PO BOX 192

SAN ANGLEO, TX 76902

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$23,625.00

---

**3.228** | Nonpriority creditor's name and mailing address
**WEDEL RAHILL & ASSOCIATES, CPA'S, PLC**

PO BOX 16460

OKLAHOMA CITY, OK 73113

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$900.00

---

**3.229** | Nonpriority creditor's name and mailing address
**WFX ENERGY SERVICES, LLC**

PO BOX 270814

OKLAHOMA CITY, OK 73137

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$862,736.93

---

**3.230** | Nonpriority creditor's name and mailing address
**WILLIAMS SCOTSMAN, INC**

PO BOX 91975

CHICAGO, IL 60693

Date or dates debt was incurred _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$1,603.24

---

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
*Check all that apply.*

**Wintrust Commercial Finance, a division of Wintrust Asset Finance, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3201 Dallas Parkway, Suite 800**

**Basis for the claim:** _____

**TX**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.232** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,620.00**
**YORK TORC & TEST, LLC**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 137**

**Basis for the claim:** _____

**GRAND CANE, LA 71032**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor    **Legend Energy Services, LLC**                                   Case number *(if known)*          **21-60451**
                Name

| **Part 3:** | List Others to Be Notified About Unsecured Claims |

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Abernathy Roeder Boyd Hullett**<br>**c/o Paul Lopez**<br>**1700 N. Redbud Blvd., Suite 300**<br>**McKinney, TX 75069** | Line **3.119**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.2 **ALLEN BRYSON PLLC**<br>**211 N. CENTER ST.**<br><br>**LOUISVILLE, KY 40232-3127** | Line **3.103**<br>☐ Not listed. Explain | |
| 4.3 **BORMAN MYERCHING ESPESETH EDISON LLP**<br>**418 E BROADWAY AVENUE**<br>**SUITE 240**<br>**DECATURE, AL 35601** | Line **3.143**<br>☐ Not listed. Explain | |
| 4.4 **BRUCHEZ GOSS THORNTON MERONOFF BRIERS PC**<br>**4343 CARTER CREEK PARKWAY**<br>**SUITE 100**<br>**HOUSTON, TX 77002-1055** | Line **3.110**<br>☐ Not listed. Explain | |
| 4.5 **CAVIN & INGRAM P.A.**<br>**40 FIRST PLAZA CENTER NW**<br>**SUITE 610**<br>**AUSTIN, TX 78701** | Line **3.88**<br>☐ Not listed. Explain | |
| 4.6 **CISCO INC**<br>**4565 HERMAN SW**<br><br>**SAN ANTONIO, TX 78216** | Line **3.220**<br>☐ Not listed. Explain | |
| 4.7 **CLARK HILL**<br>**720 BRAZOS STREET**<br>**SUITE 700**<br>**RICHARDSON, TX 75080** | Line **3.88**<br>☐ Not listed. Explain | |

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

## Part 3: Additional Page

| 4.8 | **CONNALLY LAW** | Line **3.205** |
| | **922 ISOM ROAD** | ☐ Not listed. Explain _____ |
| | **SUITE 105** | |
| | **METAIRIE, LA 70006** | |

| 4.9 | **CST CO.** | Line **3.37** |
| | **PO BOX 33127** | ☐ Not listed. Explain _____ |
| | | |
| | **LONGVIEW, TX 75601** | |

| 4.10 | **CST CO.** | Line **3.43** |
| | **PO BOX 33127** | ☐ Not listed. Explain _____ |
| | | |
| | **LONGVIEW, TX 75601** | |

| 4.11 | **DORE ROTHBERG MCKAY** | Line **3.116** |
| | **17171 PARK ROW** | ☐ Not listed. Explain _____ |
| | **SUITE 160** | |
| | **LONGVIEW, TX 75601** | |

| 4.12 | **DORE ROTHBERG MCKAY** | Line **3.189** |
| | **17171 PARK ROW** | ☐ Not listed. Explain _____ |
| | **SUITE 160** | |
| | **LONGVIEW, TX 75601** | |

| 4.13 | **EPIC PERFOMANCE SOLUTIONS, LLC** | Line **3.22** |
| | **5500 GREENWOOD PLAZA BLVD** | ☐ Not listed. Explain _____ |
| | **SUITE 225** | |
| | **GRAND RAPIDS, MI 49509** | |

| 4.14 | **INTERSTATE BILLING** | Line **3.122** |
| | **2114 VETERANS DR** | ☐ Not listed. Explain _____ |
| | **SE** | |
| | **HOUSTON, TX 77010** | |

| 4.15 | **INTERSTATE BILLING** | Line **3.179** |
| | **2114 VETERANS DR** | ☐ Not listed. Explain _____ |
| | **SE** | |
| | **HOUSTON, TX 77010** | |

| 4.16 | **JANET BURRESS** | Line **3.43** |
| | **PO BOX 33127** | ☐ Not listed. Explain _____ |
| | | |
| | **HOUSTON, TX 77063** | |

| 4.17 | **KIRKLIN, BRADLEY M.** | Line **3.42** |
| | **815 WALKER STREET, SUITE 1440** | ☐ Not listed. Explain _____ |
| | **HOUSTON, TX 77002** | |

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

**Part 3:**  Additional Page

| 4.32 | **INTERSTATE BILLING** | Line **3.179** |
| | **2114 VETERANS DR** | ☐ Not listed. Explain |
| | **SE** | |
| | **HOUSTON, TX 77010** | |

| 4.33 | **JANET BURRESS** | Line **3.43** |
| | **PO BOX 33127** | ☐ Not listed. Explain |
| | | |
| | **HOUSTON, TX 77063** | |

| 4.34 | **KIRKLIN, BRADLEY M.** | Line **3.42** |
| | **815 WALKER STREET, SUITE 1440** | ☐ Not listed. Explain |
| | **HOUSTON, TX 77002** | |

| 4.35 | **LAWSON & MURPHY** | Line **3.96** |
| | **Attn: David Price** | ☐ Not listed. Explain |
| | **2121 Spring Creek Pkwy** | |
| | **Plano, TX 75023** | |

| 4.36 | **LYNCH CHAPPELL ALSUP PC** | Line **3.14** |
| | **c/o B BLUE HYATT, ATTORNEY** | ☐ Not listed. Explain |
| | **300 NORTH MARIENFELD SUITE 300** | |
| | **OKLAHOMA CITY, OK 73116** | |

| 4.37 | **LYNCH CHAPPELL ALSUP PC** | Line **3.117** |
| | **c/o B BLUE HYATT, ATTORNEY** | ☐ Not listed. Explain |
| | **300 NORTH MARIENFELD SUITE 300** | |
| | **OKLAHOMA CITY, OK 73116** | |

| 4.38 | **NCS COLLECTION SERVICES** | Line **3.138** |
| | **729 MINER ROAD** | ☐ Not listed. Explain |
| | | |
| | **HOUSTON, TX 77084** | |

| 4.39 | **PENN CREDIT CORPORATION** | Line **3.38** |
| | **2800 COMMERCE DR.** | ☐ Not listed. Explain |
| | | |
| | **LOUISVILLE, KY 40232-3127** | |

| 4.40 | **ROSS BANKS MAY CRON CAVIN PC** | Line **3.201** |
| | **7700 SAN FELIPE** | ☐ Not listed. Explain |
| | **SUITE 550** | |
| | **BRYAN, TX 77802** | |

| 4.41 | **The CASSEL LAW FIRM P.C.** | Line **3.172** |
| | **204 N. FREDONIA STREET** | ☐ Not listed. Explain |
| | | |
| | **SPRING, TX 77379** | |

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
| | Name | | |

**Part 3:** Additional Page

| 4.49 | **PENN CREDIT CORPORATION** | Line **3.38** |
| | **2800 COMMERCE DR.** | ☐ Not listed. Explain |
| | **LOUISVILLE, KY 40232-3127** | |

| 4.50 | **ROSS BANKS MAY CRON CAVIN PC** | Line **3.201** |
| | **7700 SAN FELIPE** | ☐ Not listed. Explain |
| | **SUITE 550** | |
| | **BRYAN, TX 77802** | |

| 4.51 | **The CASSEL LAW FIRM P.C.** | Line **3.172** |
| | **204 N. FREDONIA STREET** | ☐ Not listed. Explain |
| | **SPRING, TX 77379** | |

| 4.52 | **THE FUENTES FIRM PC** | Line **3.73** |
| | **5507 LOUETTA ROAD** | ☐ Not listed. Explain |
| | **SUITE A** | |
| | **MIDLAND, TX 79701** | |

| 4.53 | **THE JAMES FIRM** | Line **3.178** |
| | **1316 5TH AVENUE** | ☐ Not listed. Explain |
| | **CLEVELAND, OH 44143** | |

| 4.54 | **THE JAMES FIRM** | Line **3.104** |
| | **1316 5TH AVENUE** | ☐ Not listed. Explain |
| | **CLEVELAND, OH 44143** | |

| 4.55 | **THE LEVITON LAW FIRM** | Line **3.206** |
| | **ONE PIERCE PLACE** | ☐ Not listed. Explain |
| | **SUITE 725W** | |
| | **GREENWOOD VILLAGE, CO 80111** | |

| 4.56 | **THE RUDNICKI FIRM** | Line **3.229** |
| | **7201 N. CLASSEN BLVD.** | ☐ Not listed. Explain |
| | **SUITE 204** | |
| | **WACO, TX 76703-1669** | |

| 4.57 | **TUCKER ALBIN ASSOCIATES** | Line **3.71** |
| | **1702 COLLINS BLVD** | ☐ Not listed. Explain |
| | **SUITE 100** | |
| | **HARRISBURG, PA 17110** | |

| 4.58 | **VORY'S LLC** | Line **3.223** |
| | **909 FANNIN STREET** | ☐ Not listed. Explain |
| | **SUITE 2700** | |

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

---

**Part 3:** Additional Page

---

| 4.59 | **THE RUDNICKI FIRM** | Line **3.229** |
| | **7201 N. CLASSEN BLVD.** | ☐ Not listed. Explain _____ |
| | **SUITE 204** | _____ |
| | **WACO, TX 76703-1669** | |

| 4.60 | **TUCKER ALBIN ASSOCIATES** | Line **3.71** |
| | **1702 COLLINS BLVD** | ☐ Not listed. Explain _____ |
| | **SUITE 100** | _____ |
| | **HARRISBURG, PA 17110** | |

| 4.61 | **VORY'S LLC** | Line **3.223** |
| | **909 FANNIN STREET** | ☐ Not listed. Explain _____ |
| | **SUITE 2700** | _____ |
| | **ALBUQUERQUE, NM 87201** | |

| Debtor | **Legend Energy Services, LLC** | Case number *(if known)* | **21-60451** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 4:</strong> Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $10,907,057.46 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $10,907,057.46 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Legend Energy Services, LLC |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known): | 21-60451      Chapter ___7___ |

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | OKC OFFICE LEASE | PARAGON BUILDING ASSOCIATES |
| | | Contract to be ASSUMED | 5801 N. BROADWAY EXT |
| | State the term remaining | 16 months | Oklahoma City, OK 73118 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Andrews, TX Yard Lease | RIMROCK PROPERTIES, LLC |
| | | Contract to be ASSUMED | 3682 RIDGE DR |
| | State the term remaining | 24 months | |
| | List the contract number of any government contract | | GRAND JUNCTION, CO 81506 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Bowie, TX Yard Lease | BUCK LOCK/NZI PROPERTIES |
| | | Contract to be ASSUMED | PO BOX 841 |
| | State the term remaining | 3 months | BOWIE, TX 76230 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Corporate Copiers | SUMMITT BUSINESS SYSTEMS |
| | | Contract to be ASSUMED | 500 ENTERPRISE DR. |
| | State the term remaining | 5 months | EDMOND, OK 73013 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Longview Yard | BEJEWELED, LLC |
| | | Contract to be ASSUMED | 1100 JUDSON RD., SUITE 400 |
| | State the term remaining | 14 months | LONGVIEW, TX 75601 |
| | List the contract number of any government contract | | |

| Debtor | Legend Energy Services, LLC | Case number *(if known)* | 21-60451 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Longview Copier | TEXAS DOCUMENT SOLUTIONS |
|---|---|---|---|
| | | Contract to be ASSUMED | 5533 S FM 2087 |
| | State the term remaining | 11 months | LONGVIEW, TX 75603 |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Andrews Copier | ZENO OFFICE SOLUTIONS |
|---|---|---|---|
| | | Contract to be ASSUMED | 5301 W LOOP 250 N |
| | State the term remaining | 4 months | MIDLAND, TX 79707 |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Credit Card Software | CONCUR |
|---|---|---|---|
| | | | 601 108TH AVENUE NE., SUITE 1000 |
| | State the term remaining | 0 months | BELLEVUE, WA 98004 |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Accounts payable processing software | TRANSZAP, INC. |
|---|---|---|---|
| | | Contract to be ASSUMED | 633 17TH STREET, SUITE 2600 |
| | State the term remaining | 10 months | DENVER, CO 80202 |
| | List the contract number of any government contract | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Accounting software hosting | NEXTCORP |
|---|---|---|---|
| | | | 7701 LAS COLINAS RIDGE, SUITE 100 |
| | State the term remaining | 0 months | IRVING, TX 75063 |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Andrews TX Apt. Lease | RIMROCK PROPERTIES, LLC - APT |
|---|---|---|---|
| | | | 160 W 2000 |
| | State the term remaining | 0 months | Andrews, TX 79714 |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Houston officer | REGUS MANAGEMENT GROUP, LLC |
|---|---|---|---|
| | | | 16225 Park Ten Place, Suite 513 |
| | State the term remaining | 2 months | Houston, TX 77084 |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Legend Energy Services, LLC |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known): | 21-60451 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | **Check all schedules that apply:** |
| 2.1 Legend Energy RE I, LLC<br>Street<br>City    State    ZIP Code | | LES CAPITAL, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Legend Energy RE II, LLC<br>Street<br>City    State    ZIP Code | | CAVALIER ENERGY, LLC<br><br>LES CAPITAL, LLC | ☐ D<br>☑ E/F<br>☐ G<br>☐ D<br>☑ E/F<br>☐ G |
| 2.3 Legend Energy RE III, LLC<br>Street<br>City    State    ZIP Code | | LES CAPITAL, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 Legend Energy RE IV, LLC<br>Street<br>City    State    ZIP Code | | LES CAPITAL, LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 Legend Energy RE V, LLC<br>Street<br>City    State    ZIP Code | | LES CAPITAL, LLC | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Legend Energy Services, LLC | Case number *(if known)* | 21-60451 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.6  Legend Energy RE VI, LLC | | | LES CAPITAL, LLC | ☐ D |
| | Street | | | ☑ E/F |
| | | | | ☐ G |
| | City | State    ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name _____ Legend Energy Services, LLC _____

United States Bankruptcy Court for the:

_____ Eastern District of Texas _____

Case number (if known): _____ 21-60451 _____   Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*...................................................................................................   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*..............................................................................................   | $1,029,573.59 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................................   | $1,029,573.59 |

| **Part 2:** | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................   | $0.00 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................   **+** | $10,907,057.46 |

4. **Total liabilities**.....................................................................................................................................   | $10,907,057.46 |

   Lines 2 + 3a + 3b